# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**

**Schedule of Investor Payments to and from NASI**

**Karl Ackermann**

**Investor Acct.: 6-0226**

| Account | Investor | Deposits (Investment) | Payments Received | Total Profit Amount |
|---|---|---|---|---|
| 6-0226 | Karl Ackermann | $ 336,600.00 | $ (562,089.50) | $ (225,489.50) |

**Karl Ackermann - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Deposit | 01/16/03 | Karl Ackermann | 1 ATM | $ 19,800.00 | $19,800.00 |
| CNB | 22413612 | Deposit | 09/23/03 | Karl Ackermann | 1 ATM | $ 19,800.00 | $39,600.00 |
| CNB | 22413612 | Deposit | 02/18/04 | Karl Ackermann | 2 ATMs | $ 39,600.00 | $79,200.00 |
| CNB | 22413612 | Deposit | 10/15/04 | Karl Ackermann | 2 ATMs | $ 39,600.00 | $118,800.00 |
| CNB | 22413612 | Deposit | 01/15/07 | Karl Ackermann | 2 ATMs | $ 39,600.00 | $158,400.00 |
| CNB | 22413612 | Deposit | 06/20/07 | Karl Ackermann | 2 ATMs | $ 19,800.00 | $178,200.00 |
| CNB | 22413612 | Deposit | 06/20/07 | Karl Ackermann | w/Check #101 | $ 19,800.00 | $198,000.00 |
| CNB | 22414410 | Deposit | 07/10/08 | Karl Ackermann | 2 ATMs | $ 39,600.00 | $237,600.00 |
| CNB | 22414410 | Deposit | 04/29/11 | Karl Ackermann | 2 ATMs | $ 39,600.00 | $277,200.00 |
| CNB | 22414410 | Deposit | 09/26/11 | Karl Ackermann | 1 ATM | $ 19,800.00 | $297,000.00 |
| CNB | 22414410 | Deposit | 11/25/11 | Karl Ackermann | 2 ATMs | $ 39,600.00 | $336,600.00 |
| | | | | | **Total** | **$ 336,600.00** | |

**Karl Ackermann - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawal | 02/01/03 | Karl Ackermann | | $ (330.00) | $ (330.00) |
| CNB | 22413612 | Withdrawals | 03/01/03 | Karl Ackermann | | $ (330.00) | $ (660.00) |
| CNB | 22413612 | Withdrawals | 04/01/03 | Karl Ackermann | | $ (330.00) | $ (990.00) |
| CNB | 22413612 | Withdrawals | 05/01/03 | Karl Ackermann | | $ (330.00) | $ (1,320.00) |
| CNB | 22413612 | Withdrawals | 06/01/03 | Karl Ackermann | | $ (330.00) | $ (1,650.00) |
| CNB | 22413612 | Withdrawals | 07/01/03 | Karl Ackermann | | $ (330.00) | $ (1,980.00) |
| CNB | 22413612 | Withdrawals | 08/01/03 | Karl Ackermann | | $ (330.00) | $ (2,310.00) |
| CNB | 22413612 | Withdrawals | 09/02/03 | Karl Ackermann | | $ (330.00) | $ (2,640.00) |
| CNB | 22413612 | Withdrawals | 10/01/03 | Karl Ackermann | | $ (330.00) | $ (2,970.00) |
| CNB | 22413612 | Withdrawals | 11/01/03 | Karl Ackermann | | $ (330.00) | $ (3,300.00) |
| CNB | 22413612 | Withdrawals | 12/01/03 | Karl Ackermann | | $ (330.00) | $ (3,630.00) |
| CNB | 22413612 | Withdrawals | 12/31/03 | Karl Ackermann | | $ (660.00) | $ (4,290.00) |
| CNB | 22413612 | Withdrawals | 02/01/04 | Karl Ackermann | | $ (660.00) | $ (4,950.00) |
| CNB | 22413612 | Withdrawals | 03/01/04 | Karl Ackermann | | $ (660.00) | $ (5,610.00) |
| CNB | 22413612 | Withdrawals | 04/01/04 | Karl Ackermann | | $ (660.00) | $ (6,270.00) |
| CNB | 22413612 | Withdrawals | 05/01/04 | Karl Ackermann | | $ (1,320.00) | $ (7,590.00) |
| CNB | 22413612 | Withdrawals | 06/01/04 | Karl Ackermann | | $ (1,320.00) | $ (8,910.00) |
| CNB | 22413612 | Withdrawals | 07/01/04 | Karl Ackermann | | $ (1,320.00) | $ (10,230.00) |
| CNB | 22413612 | Withdrawals | 08/01/04 | Karl Ackermann | | $ (1,320.00) | $ (11,550.00) |
| CNB | 22413612 | Withdrawals | 09/01/04 | Karl Ackermann | | $ (1,320.00) | $ (12,870.00) |
| CNB | 22413612 | Withdrawals | 10/01/04 | Karl Ackermann | | $ (1,320.00) | $ (14,190.00) |
| CNB | 22413612 | Withdrawals | 11/01/04 | Karl Ackermann | | $ (1,320.00) | $ (15,510.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total | |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22413612 | Withdrawals | 12/01/04 | Karl Ackermann | | $ | (1,980.00) | $ | (17,490.00) |
| CNB | 22413612 | Withdrawals | 01/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (19,470.00) |
| CNB | 22413612 | Withdrawals | 02/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (21,450.00) |
| CNB | 22413612 | Withdrawals | 03/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (23,430.00) |
| CNB | 22413612 | Withdrawals | 04/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (25,410.00) |
| CNB | 22413612 | Withdrawals | 05/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (27,390.00) |
| CNB | 22413612 | Withdrawals | 06/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (29,370.00) |
| CNB | 22413612 | Withdrawals | 07/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (31,350.00) |
| CNB | 22413612 | Withdrawals | 08/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (33,330.00) |
| CNB | 22413612 | Withdrawals | 09/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (35,310.00) |
| CNB | 22413612 | Withdrawals | 10/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (37,290.00) |
| CNB | 22413612 | Withdrawals | 11/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (39,270.00) |
| CNB | 22414399 | Withdrawals | 12/01/05 | Karl Ackermann | | $ | (1,980.00) | $ | (41,250.00) |
| CNB | 22414399 | Withdrawals | 01/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (43,230.00) |
| CNB | 22414399 | Withdrawals | 02/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (45,210.00) |
| CNB | 22414399 | Withdrawals | 03/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (47,190.00) |
| CNB | 22414399 | Withdrawals | 04/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (49,170.00) |
| CNB | 22414399 | Withdrawals | 05/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (51,150.00) |
| CNB | 22414399 | Withdrawals | 06/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (53,130.00) |
| CNB | 22414399 | Withdrawals | 07/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (55,110.00) |
| CNB | 22414399 | Withdrawals | 08/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (57,090.00) |
| CNB | 22414399 | Withdrawals | 09/07/06 | Karl Ackermann | | $ | (1,980.00) | $ | (59,070.00) |
| CNB | 22414399 | Withdrawals | 10/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (61,050.00) |
| CNB | 22414399 | Withdrawals | 11/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (63,030.00) |
| CNB | 22414399 | Withdrawals | 12/01/06 | Karl Ackermann | | $ | (1,980.00) | $ | (65,010.00) |
| CNB | 22414399 | Withdrawals | 12/31/06 | Karl Ackermann | | $ | (1,980.00) | $ | (66,990.00) |
| CNB | 22414399 | Withdrawals | 02/01/07 | Karl Ackermann | | $ | (1,980.00) | $ | (68,970.00) |
| CNB | 22414399 | Withdrawals | 03/01/07 | Karl Ackermann | | $ | (1,980.00) | $ | (70,950.00) |
| CNB | 22414399 | Withdrawals | 04/01/07 | Karl Ackermann | | $ | (1,980.00) | $ | (72,930.00) |
| CNB | 22414399 | Withdrawals | 04/01/07 | Karl Ackermann | | $ | (660.00) | $ | (73,590.00) |
| CNB | 22414399 | Withdrawals | 05/01/07 | Karl Ackermann | | $ | (2,640.00) | $ | (76,230.00) |
| CNB | 22414399 | Withdrawals | 06/01/07 | Karl Ackermann | | $ | (2,640.00) | $ | (78,870.00) |
| CNB | 22414399 | Withdrawals | 07/01/07 | Karl Ackermann | | $ | (2,640.00) | $ | (81,510.00) |
| CNB | 22414399 | Withdrawals | 08/01/07 | Karl Ackermann | | $ | (2,640.00) | $ | (84,150.00) |
| CNB | 22414399 | Withdrawals | 09/07/07 | Karl Ackermann | | $ | (3,300.00) | $ | (87,450.00) |
| CNB | 22414399 | Withdrawals | 10/04/07 | Karl Ackermann | | $ | (3,300.00) | $ | (90,750.00) |
| CNB | 22414399 | Withdrawals | 11/05/07 | Karl Ackermann | | $ | (3,300.00) | $ | (94,050.00) |
| CNB | 22414399 | Withdrawals | 12/04/07 | Karl Ackermann | | $ | (3,300.00) | $ | (97,350.00) |
| CNB | 22414399 | Withdrawals | 01/08/08 | Karl Ackermann | | $ | (3,300.00) | $ | (100,650.00) |
| CNB | 22414399 | Withdrawals | 02/05/08 | Karl Ackermann | | $ | (3,300.00) | $ | (103,950.00) |
| CNB | 22414399 | Withdrawals | 03/04/08 | Karl Ackermann | | $ | (3,300.00) | $ | (107,250.00) |
| CNB | 22414399 | Withdrawals | 04/04/08 | Karl Ackermann | | $ | (3,300.00) | $ | (110,550.00) |
| CNB | 22414399 | Withdrawals | 05/05/08 | Karl Ackermann | | $ | (3,300.00) | $ | (113,850.00) |
| CNB | 22414399 | Withdrawals | 06/05/08 | Karl Ackermann | | $ | (3,300.00) | $ | (117,150.00) |
| CNB | 22414399 | Withdrawals | 07/03/08 | Karl Ackermann | | $ | (3,300.00) | $ | (120,450.00) |
| CNB | 22414399 | Withdrawals | 08/04/08 | Karl Ackermann | | $ | (3,300.00) | $ | (123,750.00) |
| CNB | 22414399 | Withdrawals | 09/08/08 | Karl Ackermann | | $ | (3,300.00) | $ | (127,050.00) |
| CNB | 22414399 | Withdrawals | 10/16/08 | Karl Ackermann | | $ | (3,960.00) | $ | (131,010.00) |
| CNB | 22414399 | Withdrawals | 11/07/08 | Karl Ackermann | | $ | (3,960.00) | $ | (134,970.00) |
| CNB | 22414399 | Withdrawals | 12/09/08 | Karl Ackermann | | $ | (3,960.00) | $ | (138,930.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawals | 01/09/09 | Karl Ackermann | | $ (3,960.00) | $ (142,890.00) |
| CNB | 22414399 | Withdrawals | 02/06/09 | Karl Ackermann | | $ (3,960.00) | $ (146,850.00) |
| CNB | 22414399 | Withdrawals | 03/06/09 | Karl Ackermann | | $ (3,960.00) | $ (150,810.00) |
| CNB | 22414399 | Withdrawals | 04/14/09 | Karl Ackermann | 20% Adjustment | $ (3,960.00) | $ (154,770.00) |
| CNB | 22414399 | Withdrawals | 05/07/09 | Karl Ackermann | | $ (3,960.00) | $ (158,730.00) |
| CNB | 22414399 | Withdrawals | 06/04/09 | Karl Ackermann | | $ (3,960.00) | $ (162,690.00) |
| CNB | 22414399 | Withdrawals | 07/09/09 | Karl Ackermann | | $ (3,960.00) | $ (166,650.00) |
| CNB | 22414399 | Withdrawals | 08/18/09 | Karl Ackermann | | $ (3,960.00) | $ (170,610.00) |
| CNB | 22414399 | Withdrawals | 09/11/09 | Karl Ackermann | | $ (3,960.00) | $ (174,570.00) |
| CNB | 22414399 | Withdrawals | 10/09/09 | Karl Ackermann | | $ (3,960.00) | $ (178,530.00) |
| CNB | 22414399 | Withdrawals | 11/10/09 | Karl Ackermann | | $ (3,960.00) | $ (182,490.00) |
| CNB | 22414399 | Withdrawals | 12/07/09 | Karl Ackermann | | $ (3,960.00) | $ (186,450.00) |
| CNB | 22414399 | Withdrawals | 01/13/10 | Karl Ackermann | | $ (3,960.00) | $ (190,410.00) |
| CNB | 22414399 | Withdrawals | 02/10/10 | Karl Ackermann | | $ (3,960.00) | $ (194,370.00) |
| CNB | 22414399 | Withdrawals | 03/08/10 | Karl Ackermann | | $ (3,960.00) | $ (198,330.00) |
| CNB | 22414399 | Withdrawals | 04/09/10 | Karl Ackermann | | $ (3,960.00) | $ (202,290.00) |
| CNB | 22414399 | Withdrawals | 05/13/10 | Karl Ackermann | | $ (3,960.00) | $ (206,250.00) |
| CNB | 22414399 | Withdrawals | 06/08/10 | Karl Ackermann | | $ (3,960.00) | $ (210,210.00) |
| CNB | 22414399 | Withdrawals | 07/13/10 | Karl Ackermann | | $ (3,960.00) | $ (214,170.00) |
| CNB | 22414399 | Withdrawals | 08/11/10 | Karl Ackermann | | $ (3,960.00) | $ (218,130.00) |
| CNB | 22414399 | Withdrawals | 09/14/10 | Karl Ackermann | | $ (3,960.00) | $ (222,090.00) |
| CNB | 22414399 | Withdrawals | 10/13/10 | Karl Ackermann | | $ (3,960.00) | $ (226,050.00) |
| CNB | 22414399 | Withdrawals | 11/09/10 | Karl Ackermann | | $ (3,960.00) | $ (230,010.00) |
| CNB | 22414399 | Withdrawals | 12/10/10 | Karl Ackermann | | $ (3,960.00) | $ (233,970.00) |
| CNB | 22414399 | Withdrawals | 01/19/11 | Karl Ackermann | | $ (3,960.00) | $ (237,930.00) |
| CNB | 22414399 | Withdrawals | 02/08/11 | Karl Ackermann | | $ (3,960.00) | $ (241,890.00) |
| CNB | 22414399 | Withdrawals | 03/10/11 | Karl Ackermann | | $ (3,960.00) | $ (245,850.00) |
| CNB | 22414399 | Withdrawals | 04/13/11 | Karl Ackermann | | $ (3,960.00) | $ (249,810.00) |
| CNB | 22414399 | Withdrawals | 05/05/11 | Karl Ackermann | | $ (3,960.00) | $ (253,770.00) |
| CNB | 22414399 | Withdrawals | 06/10/11 | Karl Ackermann | | $ (3,960.00) | $ (257,730.00) |
| CNB | 22414399 | Withdrawals | 07/12/11 | Karl Ackermann | | $ (4,620.00) | $ (262,350.00) |
| CNB | 22414399 | Withdrawals | 08/10/11 | Karl Ackermann | | $ (4,620.00) | $ (266,970.00) |
| CNB | 22414399 | Withdrawals | 09/12/11 | Karl Ackermann | | $ (4,620.00) | $ (271,590.00) |
| CNB | 22414399 | Withdrawals | 10/11/11 | Karl Ackermann | | $ (4,620.00) | $ (276,210.00) |
| CNB | 22414399 | Withdrawals | 11/08/11 | Karl Ackermann | | $ (4,620.00) | $ (280,830.00) |
| CNB | 22414399 | Withdrawals | 12/08/11 | Karl Ackermann | | $ (4,950.00) | $ (285,780.00) |
| CNB | 22414399 | Withdrawals | 01/23/12 | Karl Ackermann | | $ (4,950.00) | $ (290,730.00) |
| CNB | 22414399 | Withdrawals | 02/09/12 | Karl Ackermann | | $ (5,650.00) | $ (296,380.00) |
| CNB | 22414399 | Withdrawals | 03/06/12 | Karl Ackermann | | $ (5,645.50) | $ (302,025.50) |
| CNB | 22414399 | Withdrawals | 04/06/12 | Karl Ackermann | | $ (5,640.00) | $ (307,665.50) |
| CNB | 22414399 | Withdrawals | 05/09/12 | Karl Ackermann | | $ (5,645.50) | $ (313,311.00) |
| CNB | 22414399 | Withdrawals | 06/08/12 | Karl Ackermann | | $ (5,642.50) | $ (318,953.50) |
| CNB | 22414399 | Withdrawals | 07/09/12 | Karl Ackermann | | $ (5,638.50) | $ (324,592.00) |
| CNB | 22414399 | Withdrawals | 08/10/12 | Karl Ackermann | | $ (5,635.50) | $ (330,227.50) |
| CNB | 22414399 | Withdrawals | 09/12/12 | Karl Ackermann | | $ (5,642.00) | $ (335,869.50) |
| CNB | 22414399 | Withdrawals | 10/11/12 | Karl Ackermann | | $ (5,636.00) | $ (341,505.50) |
| CNB | 22414399 | Withdrawals | 11/13/12 | Karl Ackermann | | $ (5,632.00) | $ (347,137.50) |
| CNB | 22414399 | Withdrawals | 12/10/12 | Karl Ackermann | | $ (5,623.00) | $ (352,760.50) |
| CNB | 22414399 | Withdrawals | 01/14/13 | Karl Ackermann | | $ (5,627.50) | $ (358,388.00) |
| CNB | 22414399 | Withdrawals | 02/08/13 | Karl Ackermann | | $ (5,621.00) | $ (364,009.00) |

EXHIBIT B
PAGE 19

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawals | 03/11/13 | Karl Ackermann | | $ (5,626.50) | $ (369,635.50) |
| CNB | 22414399 | Withdrawals | 04/09/13 | Karl Ackermann | | $ (5,620.00) | $ (375,255.50) |
| CNB | 22414399 | Withdrawals | 05/08/13 | Karl Ackermann | | $ (5,625.50) | $ (380,881.00) |
| CNB | 22414399 | Withdrawals | 06/11/13 | Karl Ackermann | | $ (5,610.00) | $ (386,491.00) |
| CNB | 22414399 | Withdrawals | 07/22/13 | Karl Ackermann | | $ (5,615.50) | $ (392,106.50) |
| CNB | 22414399 | Withdrawals | 08/20/13 | Karl Ackermann | | $ (5,610.00) | $ (397,716.50) |
| CNB | 22414399 | Withdrawals | 09/13/13 | Karl Ackermann | | $ (5,610.00) | $ (403,326.50) |
| CNB | 22414399 | Withdrawals | 10/15/13 | Karl Ackermann | | $ (5,610.00) | $ (408,936.50) |
| CNB | 22414399 | Withdrawals | 11/13/13 | Karl Ackermann | | $ (5,610.00) | $ (414,546.50) |
| CNB | 22414399 | Withdrawals | 12/11/13 | Karl Ackermann | | $ (5,611.50) | $ (420,158.00) |
| CNB | 22414399 | Withdrawals | 01/21/14 | Karl Ackermann | | $ (5,620.50) | $ (425,778.50) |
| CNB | 22414399 | Withdrawals | 02/11/14 | Karl Ackermann | | $ (5,631.00) | $ (431,409.50) |
| CNB | 22414399 | Withdrawals | 03/13/14 | Karl Ackermann | | $ (5,610.00) | $ (437,019.50) |
| CNB | 22414399 | Withdrawals | 04/08/14 | Karl Ackermann | | $ (5,610.00) | $ (442,629.50) |
| CNB | 22414410 | Withdrawals | 04/22/14 | Karl Ackermann | | $ (33,000.00) | $ (475,629.50) |
| CNB | 22414399 | Withdrawals | 05/12/14 | Karl Ackermann | | $ (5,610.00) | $ (481,239.50) |
| CNB | 22414410 | Withdrawals | 05/29/14 | Karl Ackermann | | $ (33,000.00) | $ (514,239.50) |
| CNB | 22414399 | Withdrawals | 06/09/14 | Karl Ackermann | | $ (5,610.00) | $ (519,849.50) |
| CNB | 22414410 | Withdrawals | 06/24/14 | Karl Ackermann | | $ (33,000.00) | $ (552,849.50) |
| CNB | 22414399 | Withdrawals | 07/28/14 | Karl Ackermann | | $ (4,620.00) | $ (557,469.50) |
| GP | 102015823 | Withdrawals | 09/15/14 | Karl Ackermann | | $ (4,620.00) | $ (562,089.50) |
| | | | | | **Total** | **$ (562,089.50)** | |