DAVID R. ZARO (BAR NO. 124334);
EDWARD G. FATES (BAR NO. 227809);
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, 28th Floor
Los Angeles, California 90017
Tel:  (213) 622-5555; Fax:  (213) 620-8816
Email:  tfates@allenmatkins.com; thsu@allenmatkins.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates<br><br>Plaintiff(s),<br><br>v.<br><br>KARL ACKERMANN, individually; and Does 1 through 10, inclusive, Defendant<br><br>Defendant(s). | CASE NUMBER<br>2:17-cv-1102 DMG-FFM<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety. With Prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP

June 5, 2017                  /s/ TIM C. HSU
*Date*                        *Signature of Attorney/Party*
                              TIM C. HSU
                              Attorneys for Plaintiff
                              William J. Hoffman, Receiver


American LegalNet, Inc.
www.FormsWorkFlow.com